UNITED STATES COURT OF APPEALS
7th CIRCUIT

U.S.C.A. - 7th Circuit
RECEIVED
JUN 04 2020
PNR

James W. Knipfer,
    Petitioner pro se,
V.                              Case No. 20-cv-bbc

State of Wisconsin,
    Attorney General.

MOTION FOR LEAVE TO PROCEED
UNDER SPECIAL CIRCUMSTANCES

I, James W. Knipfer, am seeking permission tp proceed in this Court because of the unique situation I find myself in.

    In the instant case at issue, the Trial Court, then the Appellate Court, then the Wisconsin Supreme Court, then the Western District Federal Court, all failed to recognize the 7th Circuit's Supervisory Powers and Authority. Then Judge Crabb maliciously barred me from seeking a"COA" Certificate of Appealability in this Court, before I even attempted to ask for one.

    I cannot proceed soley as a "Friend To The Court" because I would then be in-elgible for any relief. My case is the Poster Child for disrespecting the 7th Circuit Court.

    I am, of course, not submitting the RECORD with this Motion. I am offering an abbreviated synopsis of what occured:

I raised a JUDICIAL MISCONDUCT issue in the Trial Court. This Motion was denied at first because the Court did not think it had Jurisdiction. I filed a second Motion (citing 7th Circuit case law and mandates, that clearly invoked Jurisdiction upon that Court) along with a full and clear explanation of why the Trial Court had Jurisdiction over the matter. That Motion was denied for a very confusing, strange and unusual reason. I appealed and the Appellate Court denied review, stating,

"...we are reviewing too much of the record...", (even though I pointed out that the matter would be resolved by reading only one page of the entire record!) The Wisconsin Supreme Court simply missed the "JURISDICTIONAL BOAT" and denied review. Next, I timely filed for Habeas Relief in the Western District Federal Court. Judge Crabb wrote to me and asked some questions and she made several unusual comments in her letter. I promptly responded and a few days later I recieved her dismissal. Clearly Judge Crabb could not fathom the Mandates set forth by the 7th Circuit case Law and Directives. Then Judge Crabb went on to say that, "I cannot seek a COA in the 7th Circuit!" Dated 5-19-20

    This is the short version, as I stated earlier. I assert that a great TRAVESTY OF JUSTICE has occured, and I am being denied the very Constitutional Protections I originally complained of. No Court has resolved the Jurisdiction Issue.

WHEREFORE: I am respectfully seeking permission to proceed in this Court as both a Friend to the Court and an Appellant harmed by this JUDICIAL BLASPHEME against the 7th Circuit's SUPERVISORY POWERS and AUTHORITY, a truly SPECIAL CIRCUMSTANCE.


May 25th, 2020

                                          */s/ James W. Knipfer*
                                          James W. Knipfer
                                          Petitioner pro se


I swear under penalty of perjury that the above is true and correct to the best of my knowledge and based on my reading of the record.