IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES W. KNIPFER,

    Petitioner,

v.

STATE OF WISCONSIN ATTORNEY
GENERAL,

    Respondent.

ORDER

Case No. 20-cv-176-bbc

On June 4, 2020, the court dismissed the habeas petition filed by petitioner James W. Knipfer pursuant to 28 U.S.C. § 2254. Petitioner has filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt #6, 10). Petitioner has also submitted a statement for the period of May 25, 2020 through June 8, 2020. This statement is insufficient to determine if petitioner qualifies for indigent status. For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by July 6, 2020, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than July 6, 2020, petitioner James W. Knipfer shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately December 4, 2019 through at least June 4, 2020. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

1

Entered this 15th day of June, 2020.

                BY THE COURT:

                /s/
                PETER OPPENEER
                Magistrate Judge